UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JAN 24  AM 10: 35

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| JEFFREY De'ANDRAE SEWELL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID RAMSEY, MARTY PHILLIPS, ) <br> OFFICER RICHARDSON and ) <br> NURSE WEAVER, ) <br> ) <br> Defendants. ) | Case No. CV406-159 |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 24 day of Jan, 2006.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA